IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

MARGARET POWELL,

    **Plaintiff,**

v.                                                                                         No.  07-CV-96-DRH

**COUNTY OF MASSAC, a municipal
corporation, et al.,**

    **Defendants.**

## ORDER

**HERNDON, District Judge:**

    Now before the Court is Plaintiff's Motion for Stay Pending Resolution of Criminal Action. (Doc. 10.)  Plaintiff informs the Court that the Defendants do not oppose this motion.  Being fully advised in the premises, the Court **GRANTS** Plaintiff's Motion to Stay Pending Resolution of Criminal Action. (Doc. 10.)  Further proceedings in this case are hereby **STAYED** until the criminal action against Plaintiff is resolved.  Upon resolution of the criminal action, Plaintiff shall inform the Court if she wishes to proceed with this matter.  With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

    **IT IS SO ORDERED.**

    Signed this 19th day of April, 2007.

                                                       /s/         David   RHerndon

                                                          **United States District Judge**