IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

**MARGARET POWELL,**

    **Plaintiff,**

**v.**                         No. 07-CV-96-DRH

**COUNTY OF MASSAC, a municipal corporation, et al.,**

    **Defendants.**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendants' motion to dismiss. (Doc. 15.) The Court **DIRECTS** Plaintiff to respond to this motion no later than August 18, 2008. Plaintiff is advised that if she does not respond by said date that the Court will dismiss this case with prejudice.

    **IT IS SO ORDERED.**

Signed this 18th day of July, 2008.

                                                    /s/      David R Herndon

                                                    **Chief Judge**
                                                    **United States District Court**