IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARGARET POWELL,**

    **Plaintiff,**

v.                                    No. 07-CV-96-DRH

**COUNTY OF MASSAC, a municipal corporation, et al.,**

    **Defendants.**

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court on Defendants' Motion to Dismiss. (Doc. 15.) The Court previously issued an Order (Doc. 16), directing Plaintiff to respond to said Motion. Plaintiff has timely responded (Doc. 17). She confirms Defendants' assertion that this matter has been resolved amongst the Parties and as such, requests this case be dismissed with prejudice, each party to bear their own costs. Finding that this cause has been settled by the Parties, the Court hereby **GRANTS** Defendants' Motion to Dismiss (Doc. 15). This case is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

    **IT IS SO ORDERED.**

    Signed this 13th day of August, 2008.

                                            /s/     David R Herndon
                                            **Chief Judge**
                                            **United States District Court**